IN THE SECOND DISTRICT COURT OF APPEAL, LAKELAND, FLORIDA

OCTOBER 14, 2016

JUREZ ROSHAE WILLIAMS,              )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D14-4399
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____   )


BY ORDER OF THE COURT:


        Appellee's motion for rehearing filed July 21, 2016, is granted.  The opinion

issued on July 6, 2016, is withdrawn and the following opinion is substituted therefor.

No further motions for rehearing or clarification will be considered.



I HEREBY CERTIFY THE FOREGOING IS A
TRUE COPY OF THE ORIGINAL COURT ORDER.


_____
MARY ELIZABETH KUENZEL, CLERK

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUREZ ROSHAE WILLIAMS,                    )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D14-4399
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
                                          )
_____ )

Opinion filed October 14, 2016.

Appeal from the Circuit Court for
Hillsborough County; Ashley Moody,
Judge.

Howard L. Dimmig, II, Public Defender,
and Cynthia J. Dodge, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


KHOUZAM, CRENSHAW, and LUCAS, JJ., Concur.